IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
JUN 02 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

CRIMINAL NO: 3:15cr36 DPJ-FKB

JASON GOODIN

18 U.S.C. § 111

**The Grand Jury charges:**

On or about April 4, 2015, in Neshoba County in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Pearl River Community of the Choctaw Indian Reservations in the Indian Country, the defendant, **JASON GOODIN**, did forcibly assault, resist, oppose, impede, intimidate and interfere with Gerald Willis, Jr., a law enforcement officer employed by the Mississippi Band of Choctaw Indians Police Department, pursuant to a contract between the Mississippi Band of Choctaw Indians and the Department of the Interior, Bureau of Indian Affairs, granting authority under 25 U.S.C. 2804 to perform law enforcement functions, while said officer was engaged in the performance of his official duties, and in the commission of these acts did inflict bodily injury on the officer in violation of Section 111(a)(1) and (b), Title 18, United States Code.

_____
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 2nd day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE